DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| Spruce Pine Indus. Park, Inc. v. Explosives Supply Co.<br><br>Case below:<br>179 N.C. App. 505 | No. 550P06 | Plt's PDR Under N.C.G.S. § 7A-31 (COA05-701) | Denied 01/25/07 |
| State v. Alegria-Sanchez<br><br>Case below:<br>165 N.C. App. 544 | No. 637P06 | Def's PWC to Review the Decision of the COA (COA03-1545) | Denied 01/25/07<br><br>**Hudson, J., Recused** |
| State v. Blackwell<br><br>Case below:<br>361 N.C. 41 | No. 490PA04-2 | Def's Motion to Stay Issuance of Mandate and to Withdraw the Court's Slip Opinion (COA03-793) | Denied 01/03/07 |
| State v. Brooks<br><br>Case below:<br>178 N.C. App. 211 | No. 381P06 | Def's PDR Under N.C.G.S. § 7A-31 (COA05-935) | Denied 01/25/07 |
| State v. Bullock<br><br>Case below:<br>178 N.C. App. 460 | No. 448P06 | Def's PDR Under N.C.G.S. § 7A-31 (COA05-43) | Denied 01/25/07 |
| State v. Cansler<br><br>Case below:<br>180 N.C. App. 692 | No. 013P07 | 1. Def's NOA Based Upon a Constitutional Question (COA06-614)<br><br>2. Def's PDR Under N.C.G.S. § 7A-31 | 1. Dismissed *Ex Mero Motu* 01/25/07<br><br>2. Denied 01/25/07 |
| State v. Castrejon<br><br>Case below:<br>179 N.C. App. 685 | No. 607P06 | 1. Def's (Gonzalez) NOA Based Upon a Constitutional Question (COA06-4) (PWC-D)<br><br>2. AG's Motion to Dismiss Appeal<br><br>3. Def's (Gonzalez) PDR Under N.C.G.S. § 7A-31 | 1. ——<br><br>2. Allowed 01/25/07<br><br>3. Denied 01/25/07 |
| State v. Chivers<br><br>Case below:<br>180 N.C. App. 275 | No. 649P06 | Def's PDR Under N.C.G.S. § 7A-31 (COA06-134) | Denied 01/25/07 |